IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    JEFFREY BOYD                                CASE NO. 17-13320
         KIMBERLY BOYD

NOTICE

**YOU ARE HEREBY NOTIFIED** that a written response to the attached Objection to Secured Claim, etc., must be filed with:

> United States Bankruptcy Court
> Northern District of Mississippi
> Senator Thad Cochran Courthouse
> 703 Highway 145 North
> Aberdeen, Mississippi  39730

with a copy served on the undersigned Debtor(s)' Attorney and the Chapter 13 Trustee, on or before thirty (30) days from the date of this notice, or the Court will enter a Confirmation Order, which shall set the value of each affected secured creditor's lien, and which shall sustain this Objection to Secured Claim, etc., granting the relief requested therein. In the event a written response is filed, the Court will notify you of the date, time, and place of the hearing thereon.

**DATED** this the 14th day of September, 2017.

                        /s/    Selene D. Maddox
                        SELENE D. MADDOX MSB #1815
                        362 North Broadway Street
                        Tupelo, Mississippi  38804-3926
                        Telephone No: (662) 841-0061

**CHAPTER 13 TRUSTEE:**

Terre M. Vardaman
Chapter 13 Trustee
Post Office Box 1326
Brandon, MS 39043

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**    **JEFFREY BOYD**                                **CASE NO. 17-13320**
             **KIMBERLY BOYD**

### OBJECTION TO SECURED CLAIM(S) AND OTHER RELIEF

**COMES NOW,** Debtor(s) by and through counsel, and files this Objection to the following pre-petition secured claim(s) and requests the Court to set the value for the purpose of plan confirmation:

**CREDITOR:**    State Farm Bank
                 P.O. Box 5961
                 Madison, WI 53705

**Description of Collateral:**    2014 Ford F150
**Amount of Debt:** $24,000.00 the approximate amount alleged to be due.
**Treatment:** Pay value of $20,722.50 plus 5.00% interest rate, or contract interest rate, whichever is less, and upon payment of same eliminate any lien.
**THAT,** upon payment of value plus 5.00% interest rate, or contract interest rate, whichever is less, the lien be canceled and any title documents be delivered to Debtor(s).

Respectfully submitted,

*Selene D. Maddox*
SELENE D. MADDOX

I, Selene D. Maddox, Attorney for the Debtor, do hereby certify that I have this day mailed a true and correct copy by United States mail, postage pre-paid, of the above and foregoing Notice and Objection to Secured Claim and Other Relief to the following:

State Farm Bank
P.O. Box 5961
Madison, WI 53705

I further certify that the following parties, being registered with the CM/ECF system, have this day received electronic notification to:

* Office of the United States Trustee USTPRegion5.AB.ECF@usdoj.gov
* Terre M. Vardaman   VARDAMAN13ECF@gmail.com

**DATED** this the 14th day of September, 2017.

*Selene D. Maddox*
SELENE D. MADDOX